IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, | ) DOCKET NO. 3:13-cr-21 |
| | ) |
| v. | ) |
| | ) |
| JEFFREY ROBERT BONNER, | ) |
| a/k/a "Nicholas Dover," "Kevin Forbes," | ) |
| "Michael Forbes," "Michael Miller," | ) |
| "Ashley Clark," and "William Forbes" | ) |
| CODY TREVOR BURGSTEINER, | ) |
| a/k/a "Clinton Barnes," and "Everette Jones" | ) |
| DARRA LEE SHEPHARD, | ) |
| a/k/a "Nora Southerland," and "Donna Ramirez" | ) |
| Defendants | ) |

ORDER UNSEALING INDICTMENT

Upon motion of the government and for the reasons given, IT IS HEREBY ORDERED that the indictment and arrest warrants in the above-named matter be unsealed.

IT IS SO ORDERED this 16 day of August, 2013.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate